## NO. 19168

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 76TH/276TH JUDICIAL DISTRICT |
| | § | |
| LUIS ENRIQUE ARRIETA | § | TITUS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/25/2015 3:45:33 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Luis Enrique Arrieta, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Luis Enrique Arrieta.

Respectfully submitted,

MAC COBB
P.O. Box 1134
Mount Pleasant, Texas 75456
Tel:    903.717.8606
Fax:    903.717.8613

By: _____
Mac Cobb
State Bar No. 04434300
maccobblaw@yahoo.com
Attorney for Luis Enrique Arrieta

**FILED**
AT 3:15 O'CLOCK P M
SEP 25 2015
DEBRA ABSTON CLERK, DISTRICT COURT
TITUS COUNTY, TEXAS
_____ DEPUTY

## CERTIFICATE OF SERVICE

This is to certify that on September 25, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Titus County, Mt. Pleasant, Texas, by hand delivery.

_____
Mac Cobb